UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT -9 AM 8:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____CP_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07cr2538-JAH |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Francisco Guzman, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

___    of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/04/2007

_____
Louisa S. Porter
UNITED STATES DISTRICT JUDGE

ENTERED ON _____